CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Orlando Miranda-De La Cruz<br>YOB: 1983; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-04531MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 15, 2021, at or near Lukeville, in the District of Arizona, **Orlando Miranda-De La Cruz**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on February 4, 2021, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Orlando Miranda-De La Cruz** is a citizen of Guatemala. On February 4, 2021, **Orlando Miranda-De La Cruz** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On June 15, 2021, agents found **Orlando Miranda-De La Cruz** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Orlando Miranda-De La Cruz** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher J. Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Maria S. Aguilera | DATE<br>June 17, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54