JON M. SANDS
Federal Public Defender
**GRETA M. VIETOR**
Assistant Federal Public Defender
State Bar No. 030485
407 W. Congress St., Suite 501
Tucson, AZ 85701
Telephone: (520) 879-7500
*greta_vietor@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR21-02251-CKJ |
| Plaintiff, | **SENTENCING MEMORANDUM** |
| vs. | |
| Orlando Miranda De la Cruz, | Sentencing: February 28, 2022 |
| Defendant. | |

Defendant, Orlando Miranda De La Cruz, through undersigned counsel, hereby submits this sentencing memorandum for consideration at time of sentencing and respectfully requests a sentence of 12 months and 1 day.

<u>MEMORANDUM</u>

Mr. Miranda De la Cruz admittedly returned to the United States after only months in Guatemala after his deportation in January 2021. Although he knew he was not allowed to return to the United States he only did so to reunite with his wife, daughter and step-daughter who live in Omaha, Nebraska. He has only known life in Nebraska for the past 10 years as he made his life there as a painter and has been raising a family. While his past criminal history appears lengthy, most of his prior convictions, including the driving under the influence conviction, are misdemeanors. He successfully completed his probation;

1

classes and use of the interlock device for 90 days for the misdemeanor DUI conviction and thankfully nobody was hurt during that offense. It is not until 2019 and 2020 that he was convicted of two felonies for illegal re-entry and assault on a federal officer.

Although he was ultimately convicted of assault on a federal officer in 2020 for kicking an officer in the leg as officers were handcuffing him (PSR at ¶ 30), it is interesting to read the letter written by Mr. Miranda De La Cruz's stepdaughter Esmeralda who gives her mother's account of what happened that day (see letters submitted to the Court). According to his wife's version of events, it appears that she and Mr. Miranda De la Cruz had just gotten into a vehicle outside their place of residence and his wife witnessed Mr. Miranda De la Cruz being dragged out of the car by agents (as he was trying to remove his seat belt) and witnessed him being slammed onto the ground by officers. His wife Georgia was also pushed face-down onto the ground hurting her face and knee and both she and Mr. Miranda de la Cruz were bleeding. When the oldest daughter Esmeralda made it to the scene to help interpret for her parents (who do not speak English) the agents pointed their guns at her and her little sister. The account of events she gives is troubling and was very traumatic for the entire family. It appears the agents were waiting for Mr. Miranda De la Cruz to exit his residence and get into a vehicle before they approached him. Mr. Miranda De la Cruz has no history of violence – yet the agents conducting this stakeout and arrest felt the need to be aggressive in their apprehension tactics even though they were arresting him on a warrant for having violated his conditions of supervision by illegally re-entering the country – not for any violent crime or drug trafficking offense.

Mr. Miranda De la Cruz is now facing another supervised release violation in that same case from the District of Nebraska, and he will likely be transferred to Nebraska to face additional time in custody.  He asks the Court to consider that he only returned to the United States to be with his family to support them – not to harm anyone or engage in any criminal conduct.

RESPECTFULLY SUBMITTED: February 22, 2022.

JON M. SANDS
Federal Public Defender

*s/Greta M. Vietor*
GRETA M. VIETOR
Assistant Federal Public Defender